**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01076-CV

### GARY A. ROSE, Appellant

### V.

### MARION ROSE MCBRIDE, Appellee

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-0521-2010**

## ORDER

The clerk's record in this case is overdue. By postcard dated September 18, 2014, we notified the Collin County Clerk that the clerk's record was overdue and directed the Collin County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed and we have not received any correspondence from the Collin County Clerk's office regarding the status of the clerk's record.

Accordingly, we **ORDER** the Collin County Clerk to file the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within **TEN DAYS** of the date of this order. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Stacey Kemp, Collin County Clerk and to all parties.

/s/     CRAIG STODDART
        JUSTICE